UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday January 7, 2004
10:15 a.m.

CASE NO. **3:03cv410 MRK**   **Schroeder v ACMI Corp.**

Christine A. Caulfield
Emmett & Glander
45 Franklin St.
Stamford, CT 06901

Kathryn Emmett
Emmett & Glander
45 Franklin St.
Stamford, CT 06901

STATUS CONFERENCE HELD
DATE: 1/7/04
25 min.

James M. Sconzo
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

Jonathan C. Sterling
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK