UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER, Plaintiff | : | CIVIL ACTION NO. 3:03CV 0410 (AWT) |
| VS. | : | |
| ACMI CORPORATION, Defendant | : | DECEMBER 24, 2003 |

## MOTION TO MODIFY RULE 26(f) REPORT

The undersigned defendant, ACMI Corporation, respectfully requests a modification of the Parties' Planning Report filed May 27, 2003 and approved by the Court on June 23, 2003. The defendant requests the following modifications to the Scheduling Order:

1. The defendant is to disclose experts and provide reports by February 6, 2004.

2. The plaintiff is to depose the defendants' experts by March 5, 2004.

The additional time is needed to properly locate and interview experts to testify on the defendant's behalf. In support of this Motion, the undersigned represents that he has contacted plaintiff's counsel, Kathryn Emmett, who has indicated that she has no objection to this motion. This is the first motion for extension of time with respect to this time limitation.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT   1/8/04

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105