UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03CV 0410 (MRK) |
| | : | |
| VS. | : | |
| | : | |
| ACMI CORPORATION, | : | |
| Defendant | : | JANUARY 22, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

The undersigned defendant, ACMI Corporation, respectfully requests a slight modification of the Court's Scheduling Order dated January 8, 2004. The defendant requests the following modification to the Scheduling Order:

1. The defendant be given ten (10) additional days, up to and including March 4, 2004, to depose the plaintiff's expert, Dr. Falkoff.

The parties have been able to schedule all other depositions within the time constraints set forth in the Court's Order, but, because of the very congested schedules of Dr. Falkoff, the plaintiff's attorney, and the defendant's attorney, and the limited time period available for such a deposition (January 23, 2003 to February 23, 2003), a slight extension of the deadline to depose the plaintiff's expert, Dr. Falkoff is required.

In support of this Motion, the undersigned represents that he has contacted plaintiff's counsel, Kathryn Emmett, who has indicated that she has no objection to this motion. This is the defendant's first motion for extension of time with respect to this time limitation.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

        THE DEFENDANT:
        ACMI CORPORATION


        By_____
          James M. Sconzo
          Fed Bar # ct04571 and
          Jonathan C. Sterling
          Fed Bar # ct245__ of
          HALLORAN & SAGE LLP
          One Goodwin Square
          225 Asylum Street
          Hartford, CT 06103
          (860) 522-6103

One Goodwin Square      HALLORAN     Phone (860) 522-6103
225 Asylum Street     & SAGE LLP     Fax (860) 548-0006
Hartford, CT 06103        Juris No. 26105

HALLORAN
& SAGE LLP

## **CERTIFICATION**

     This is to certify that on this 22nd day of January, 2004, I hereby mailed a copy of the foregoing to:

Kathryn Emmett, Esq.
Christine Caulfield, Esq.
Emmett & Glander
45 Franklin Street
Stamford, CT  06901

                                                  Jonathan C. Sterling

504398.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105