UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER, | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV410(MRK) |
| | : | |
| v. | : | |
| | : | |
| ACMI CORPORATION, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Defendant's Motion To Modify Scheduling Order [doc. #18], dated January 22, 2004 is hereby **GRANTED**. Depositions of plaintiff's experts will be completed by **March 4, 2004**. Defendant's expert reports will be served by **April 4, 2004**. **All remaining deadlines will remain unchanged.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
              U.S.D.J.

Dated at New Haven, Connecticut: January 29, 2004.