## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER, | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV410(MRK) |
| | : | |
| v. | : | |
| | : | |
| ACMI CORPORATION, | : | |
| | : | |
| Defendant. | : | |

### ORDER

Defendant's Motion For Extension Of Time [doc. #20], dated February 19, 2004 is hereby **GRANTED**.  Defendant shall respond to Plaintiff's Interrogatories and Requests for Production on or before **March 24, 2004**.

IT IS SO ORDERED.


/s/          Mark R. Kravitz         
U.S.D.J.


Dated at New Haven, Connecticut: February 26, 2004.