UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:03CV 0410 (MRK) |
| | : | |
| VS. | : | |
| | : | |
| ACMI CORPORATION, | : | |
|     Defendant | : | MARCH 1, 2004 |

## UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

The undersigned defendant, ACMI Corporation, respectfully requests a further modification of the Court's Scheduling Order dated January 8, 2004. This modification is necessary because, through no fault of the defendant, the defendant was unable to complete the deposition of the plaintiff's expert, F. Carl Mueller, M.D., within the allotted time period. As such, the defendant requests the following modifications to the Scheduling Order:

    1.    That the defendant be allowed forty-five (45) additional days, up to and including April 19, 2004, to complete depositions of the plaintiff's experts;

    2.    That the plaintiff be given forty-five (45) additional days, up to and including June 21, 2004, to complete depositions of the defendant's experts;

    3.    That the deadline for completing discovery be extended forty-five (45) days, up to and including May 6, 2004;

    3.    That the defendant be allowed forty-five (45) additional days, up to and including July 23, 2004, to file dispositive motions;

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4. That the Parties Joint Trial memorandum be due on August 23, 2004, in the event that no dispositive motions are filed;

5. That, if no dispositive motions are filed, the case will be considered trial ready on August 23, 2004.

The defendant began the deposition of Dr. Mueller on February 23, 2004 at 2:00 p.m., but was unable to complete the deposition before Dr. Mueller's 4:00 p.m. appointment with a patient. Because of the busy schedule of Dr. Mueller, as well as of the parties and attorneys for the defendant and plaintiff, the parties have been unable to schedule the remainder of Dr. Mueller's deposition within the timeframe allowable under the Court's order. Granting an extension of forty-five days would allow an adequate opportunity to complete Dr. Mueller's deposition, given the hectic schedules involved, and in the event that the deposition scheduled for March 4, 2004 of plaintiff's expert Alan Falkoff, M.D. cannot be completed on that date, allows for the conclusion of that deposition. The deadlines subsequent to the deadline for deposing plaintiff's experts should also be moved to allow the parties a fair opportunity to complete the required discovery in this case.

In support of this Motion, the undersigned represents that he has contacted plaintiff's counsel, Kathryn Emmett, who has indicated that she has no objection to this motion. This is the defendant's second motion for extension of time with respect to this time limitation.

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

        THE DEFENDANT:
        ACMI CORPORATION


By_____
  James M. Sconzo
  Fed Bar # ct04571 and
  Jonathan C. Sterling
  Fed Bar # ct24576 of
  HALLORAN & SAGE LLP
  One Goodwin Square
  225 Asylum Street
  Hartford, CT 06103
  (860) 522-6103

- 3 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## **CERTIFICATION**

     This is to certify that on this 1st day of March, 2004, I hereby mailed a copy of the foregoing to:

Kathryn Emmett, Esq.
Christine Caulfield, Esq.
Emmett & Glander
45 Franklin Street
Stamford, CT  06901

                                                          Jonathan C. Sterling

521137.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105