# Exhibit A



# HIGH RIDGE FAMILY PRACTICE

Alan T. Falkoff, M.D., D.A.B.F.P.
Joshua B. Herbert, M.D., D.A.B.F.P.

992 HIGH RIDGE ROAD
STAMFORD, CONNECTICUT 06905
TELEPHONE: (203) 322-7070
FAX: (203) 322-2389

1/16/04  Itemization of Billing

Review of records:                                    2 hours
Production of written narrative report:               3 hours
Charge / hour for report:                             $ 300.00 / hour
Total Bill due and payable in full at receipt of this narrative report: $ 1,500.00

Time has been freed up on my office schedule for March 4, 2003 for a deposition
regarding this same issue. The deposition is to take place at my office at 992 High Ridge
Road in Stamford, CT.  The fees for the deposition will be as agreed on as
$ 1,000 / hour.  The said deposition is expected to take at least 2 hours. If the deposition
gets canceled after, February 20, 2003 then the fee will be $ 2,000.00 regardless as I will
have been inconvenienced as well as have had to reschedule patients for that day and
thereby losing a ½ day of work inconveniencing patients and disrupting their schedule
and mine. If the deposition is canceled prior to February 20, 2003 due to the case being
settled there will be no fee. If the deposition is canceled prior to February 20, 2003 due
to the deposition needing to be scheduled for a later date the fee will be $ 1,000.00.
Payment for the deposition will be due within 1 week of the date of the deposition.

Please make payment to me at:
        Alan T. Falkoff, M.D
        High Ridge Family Practice
        992 High Ridge Road
        Stamford, CT  06905


Thank you for your cooperation in this matter and prompt payment.

Sincerely,

*Al. Falloff MD*

Alan T. Falkoff, M.D., D.A.B.F.P.


cc:    ATF

# Exhibit B

**SCHROEDER -V- ACMI CORP. - CARL MUELLER, M.D., M.P.H. - 2/23/04**

**Page 1 to Page 78**

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY: NIZIANKIEWICZ & MILLER

*NIZIANKIEWICZ & MILLER*
*972 Tolland St.*
*East Hartford, CT    06108-1533*
*Phone:    860-291-9191*
*FAX:    860-528-1972*

**Page 5**

1  treatment sessions with Ms. Schroeder?
2  A   No.
3  Q   Did you take notes during your treatment of
4  Ms. Schroeder that have been thrown away?
5  A   No.
6  (Pause)
7  BY MR. SCONZO:
8  Q   All right. In an effort to maximize the time that
9  you've allowed us today, I am going to ask, Doctor, that at
10 my expense your office prepare a complete copy of your file
11 and provide it to me.
12 A   Sure. I believe that already had been done.
13 Q   I don't have a copy of your file. I have a copy
14 of your progress notes and that's all I have.
15 A   I thought the whole file –
16 Q   Actually, I have your billing statement, too, I
17 might add. But I don't have your complete file, including
18 the correspondence between you and Attorney Emmett.
19 A   Okay.
20 Q   So you'll make a copy, including all of the phone
21 messages?
22 A   Sure. Sure.
23 Q   Thank you. And we'll pay the bill.
24 Now, for today's testimony, you're charging a fee,
25 of course?

**Page 6**

1  A   Yes.
2  Q   What is the hourly rate that you're charging us?
3  A   It's 400.
4  Q   Okay. And I'm going to mark as Defendant's
5  Exhibit 1 a copy of a January 7, 2004 letter from
6  Attorney Emmett's office or from your office to
7  Attorney Emmett's office, including your CV and a listing of
8  expert testimony. Please look at that.
9  (Defendant's Exhibit 1 marked for identification.)
10 MS. EMMETT:   Do you have copies of what
11 you're marking?
12 MR. SCONZO:   I don't.
13 MS. EMMETT:   Okay.
14 A   Yes, I believe this was sent out by my secretary,
15 Jennifer.
16 Q   All right. The CV that I handed you, could you
17 take a look at that and tell me if that is current?
18 A   Actually, it's not the most current, but I don't
19 think it's really that substantially different. Because I
20 believe this was December of '04. There really – I mean,
21 it's essentially complete, the same, except for now I'm an
22 Associate Psychiatrist and Chief of Stamford Hospital, and
23 that's probably the only thing that's really of substantial
24 difference. Otherwise, it's as up-to-date as necessary.
25 Q   Are there any publications that you've written

**Page 7**

1  that are not on your CV?
2  A   No, not on this one.
3  Q   Okay. Now, I'm going to hand back to you, which
4  would be the third component of Exhibit 1, which is the
5  listing of expert testimony.
6  A   Yeah.
7  Q   Is that a complete list of matters that you have
8  provided expert testimony in?
9  A   If she says so, then it's true.
10 Q   "She" being your office administrator?
11 A   Jennifer. Yeah. I believe that to be the case.
12 Q   Okay. Referring to this list, can you tell me in
13 which of these matters you have provided deposition
14 testimony?
15 A   Off the top of my head, I would have a really hard
16 time remembering which one – quite a number of them. But
17 rather than – I can actually probably have Jennifer pull it
18 out probably better than my guessing.
19 Q   Okay. Can she annotate that list to indicate
20 which ones?
21 A   Sure. She can do that today or we'll have it
22 done.
23 Q   You have a copy of the file for me anyway, right?
24 A   Yeah.
25 Q   You can just provide that to me.

**Page 8**

1  A   I'll make a note.
2  Q   Don't write on that list, though.
3  A   No, I'll just make a list, make a note to myself.
4  Do you want both depositions and court testimony?
5  Q   Yes. Just so the record is clear, can you tell us
6  today without reference to other files in your office in
7  which matters on this list you've testified at trial?
8  A   Again, I wouldn't want to trust my own memory on
9  the subject. I know a few of them, but, again, my
10 recollections would be fragmented. I mean, I know the
11 United States versus Richard Brittain I was in United States
12 District Court a couple of years ago. That was definitely
13 in court. I have, in a number of these, I just don't
14 recall. But I can get you that information as well.
15 Q   Referring to the list which we can – why don't
16 you keep the list in front of you, Doctor, for a few
17 minutes. I want to ask you a few more questions about it.
18 A   Okay.
19 Q   Of those matters on that list, can you tell me how
20 many of them involve employment-related litigation?
21 A   Employment-related litigation? The last one,
22 Carol Perry versus Doctor's Associates.
23 Q   With respect to that matter, were you providing
24 expert opinion for Ms. Perry or for Doctor's Associates?
25 A   For the defendant, Doctor's Associates.

# Exhibit C

# Curriculum Vitae
## F. Carl Mueller M.D., M.S., M.P.H.

**PRIMARY ADDRESS:**

999 Summer Street
Suite 200
Stamford, Connecticut 06905

Telephone: 203-357-7773
Fax #: 203-357-9030

**BORN:**
1953, Bad Kissingen, West Germany

**CITIZENSHIP:**
United States of America

**EDUCATION:**

**CHIEF RESIDENT.** *Connecticut Mental Health Center, Yale University School of Medicine. Department of Psychiatry. New Haven, Connecticut. (July 1985 - July 1986)*

**RESIDENT IN PSYCHIATRY.** *Yale University School of Medicine. New Haven, Connecticut. (July 1983 - June 1985)*

**FLEXIBLE INTERN.** *Hospital of St. Rapheal, Yale University, New Haven, Connecticut. (July 1982 - June 1983)*

**M.D. DEGREE.** *University of Connecticut, Farmington, Connecticut. (June 1982)*

**M.P.H. DEGREE.** *Columbia University, School of Public Health, College of Physicians and Surgeons, New York, New York.* (May 1977)

**M.S. DEGREE (Nutrition).** *University of Connecticut, Storrs, Connecticut.* (May 1976)

**B.S. DEGREE.** (Life Science). *Massachusetts Institute of Technology, Cambridge, Massachusetts. (May 1975)*

Diploma. *Hamden High School, Hamden, Connecticut.*

## ACADEMIC DISTINCTIONS:

Featured in *Best Doctors in the New York Metropolitan Area.* Castle-Connelly Guide. 2002, 2001, 2000, 1999, 1998

Board Certified by the American Board of Psychiatry and Neurology, Sub specialization in Geriatrics.  (1991), Recertified 2001.

Board Certified by the American Board of Psychiatry and Neurology, General Psychiatry.  (1987)

Former Mead-Johnson Fellow of the American Psychiatric Association (1984 - 1985)

Board Certified by the American Board of Forensic Examiners and the American Board of Forensic Medicine. American College of Forensic Medicine. (1996)

Diplomat of the National Board of Medical Examiners

## HOSPITAL AFFILIATIONS:

Stamford Hospital.   Attending Medical Staff.   Stamford, Connecticut.
Veteran's Administration Medical Center. Teaching Staff. West Haven, CT

## EXTENDED CARE FACILITIES:

*On Medical Board and Consulting Psychiatrist:*
Notre Dame Convalescent Center. Norwalk, Connecticut.

*Consulting Psychiatrist:*
Tandet Center.   Stamford, Connecticut.
Courtland Gardens Health Center, Stamford, Connecticut.
Smith House.   Stamford, Connecticut.
Mediplex of Stamford. Stamford, Connecticut.
Homestead Health Center. Stamford. Connecticut

*Former Consultant to:*
St. Camillus Health Care.   Stamford, Connecticut.
Center for Optimum Care.   New Haven, Connecticut
Wilton Meadows.   Wilton, Connecticut.
Lourdes Health Care / School Sisters of Notre Dame. Wilton, Connecticut
Arterburn Convalescent Center.   New Haven, Connecticut.
Park Avenue Health Care.   Bridgeport, Connecticut.
Mary Wade Home.   New Haven, Connecticut.
Bridgeport Health Care.   Bridgeport, Connecticut.
Greenwich Woods.   Greenwich, Connecticut.
Fairfield Manor.   Fairfield, Connecticut.
Waveny Health Care.   New Canaan, Connecticut.
Winthrop Health Care.   New Haven, Connecticut.

**PROFESSIONAL  ORGANIZATIONS:**

American  Public  Health  Association
American  Psychiatric  Association
Connecticut  Psychiatric  Society
Connecticut  Medical  Association
Stamford  Medical  Society
Fairfield  County  Medical  Association
Fairfield  County  Psychiatric  Association
Northeastern  Gerontological  Association
American  Association  for  Geriatric  Psychiatry
Alzheimer's  and  Related  diseases  Association
American  Suicide  Foundation
American  College  of  Forensic  Examiners
American  College  of  Forensic  Medicine
Obsessive-Compulsive  Foundation

**LICENSES:**
Connecticut
New  York

**LANGUAGES:**
Fluent  in  German  and  English.


**EMPLOYMENT AND TEACHING HISTORY:**

7/86  -  present
Private  practice  in  psychiatry  and  neuropsychiatry  in  Stamford,  Connecticut.

7/88  -  present
Assistant  Clinical  Professor  of  Psychiatry,  Yale  University  School  of  Medicine.
New  Haven,  CT.

10/88  -  present
Adjunct  Clinical  Assistant  Professor  of  Psychiatry,  New  York  Medical  College.
Valhalla,  New  York.

12/86  -  present
Instructor  and  Consulting  Psychiatrist  to  the  Temenos  Institute.    Westport,
Connecticut.

2/86  -  Present
Consulting  Psychiatrist.  Multiple  Community  Agencies  including  the  Mentally
Disabled  and  Rape  Crisis.

7/87  -  present
Attending  Medical  Staff,  Stamford  Hospital,  Stamford,  Connecticut.

7/87-  1/99
Attending  Medical  Staff.  St.  Joseph's  Medical  Center.  Stamford,  Connecticut.

Page 3

7/86 - 9/92
Medical Director and Partner of the Sterling Institute for Neuropsychiatry and
Behavioral Medicine.    Stamford, Connecticut.

7/84 - 8/92
Associate Medical Staff of Silver Hill Foundation.

7/86 - 6/88
Instructor in Clinical Psychiatry, Yale University, Department of Psychiatry.
New Haven, CT.

1982 - 1986
Resident, Fellow and Chief Resident.    Yale University, Department of
Psychiatry.

1982 - 1983
Flexible Intern, Hospital of Saint Rapheal.    Yale University.

1978 - 1981
Instructor in Epidemiology, University of Connecticut.    Farmington,
Connecticut.

1978 - 1980
Consultant in Computer - Based Education in Public Health.    University of
Connecticut Medical School.    Farmington, Connecticut.

1978
Consulting Epidemiologist, Division of Communicable Diseases, Connecticut
Department of Health.    Hartford, Connecticut.

1976 - 1977
Research assistant, Health Policy.    Columbia University, School of Public
Health.    New York, New York.

1977
Research Associate, Planning.    Institute for Community Design and Analysis.
New York, New York.

1975 - 1976
V.I.S.T.A. Service.    Northeastern Connecticut.

1976
Research Associate, Department of Nutrition.    University of Connecticut.
Storrs, Connecticut.

1974 - 1975
Research Assistant, International Nutrition Planning.    Massachusetts Institute
of Technology.    Cambridge, Massachusetts.

1973 - 1974
Primary Investigator, Mellon Grant.    Department of Urban Planning,
Massachusetts Institute of Technology.    Cambridge, Massachusetts.

1972 - 1973
Research Assistant, Department of Nutrition.    Massachusetts Institute of technology.    Cambridge, Massachusetts.

## RECENT COMMITTEE / BOARD MEMBERSHIPS:

LMG Programs,Inc. Board of Directors 2002 to present

Stamford Hospital. Strategic Planning Committee 2002

Stamford Medical Society. Executive Committee.. 1997-present. President 2000-2002.

Ethics Committee, Hospice Care of Stamford. 1997-present.

Independent Practice Association, Stamford Physicians. Board of Directors. 1997-present.

Medical Board, Stamford Hospital. 1995-present.

Executive Committee, Dept. of Psychiatry. Stamford Hospital. 1993-4, 1996-7, 2000-2001

Pain Management Committee. Stamford Hospital.    1992 to present.

Educational Council. Massachusetts Institute of Technology.    Cambridge, Massachusetts.    1990 to present.

Medical Board. Notre Dame Convalescent Center. 1992 to the present.

Medical Board.  Saint Camillus Health Care Facility.    1989 to present .

Medical Board. Homestead Health Center, Stamford, Connecticut. 1993 to present.

Medical Advisory Board, Hospice of Stamford.    1989 to present.

Connecticut Psychiatric Association.    Multiple Committees over the last 15 years.

Sterling Institute, Stamford, Conn.   Member of Board of Directors (1986 to 1993)

Temenos Institute, Westport, Connecticut. Board of Directors from 1987 to present)

Fairfield County Medical Association.    Geriatrics Committee.    1991 to present.

Medical Board. Arterburn Convalescent Center. New Haven, CT. (1988-1995).

American Psychiatric Association.    Mead-Johnson Study Group on Emergency Psychiatric Care.    (1986)

American Psychiatric Association.    Selection Committee for the APA Achievement /Gold Award for 1985.

Yale University, Department of Psychiatry.   Undergraduate Education Committee 1984 - 1985.  PGY III Education Committee.  CMHC External Linkages Committee.

## FORENSIC WORK:

Served as Expert Witness for Civil Defendant, Plaintiff, Criminal Prosecution and Criminal Defense. Listings available upon request.

## DISCLOSURE:

I have presented on behalf of Lilly, Pfizer, Searle, Galaxo-Smith-Klein, Wyeth , Bristol-Myers, Forest, and Upjohn Pharmaceuticals.

## PRIOR RESEARCH:

Depression Treatment INDs for Venlafaxine and Tacrine. Sponsored by their respective manufacturers. (1992-1994)

Genetic Evaluation of Gerstmann-Straussler Patients in Connecticut. 1988-1992 *Looking at the Genetic Basis of various degenerative dementias. Primary Genetics Research.*

Behavioral Modification Programs in Nursing Homes. 1990-1992 *Using standardized instruments, our team is assessing system wide interventions within the context of OBRA changes in nursing homes.*

Brain Electophysiology. 1986-1992 *Using topographic brain mapping of auditory evoked potentials, research into using this data to differentiate depressive pseudodementia from degenerating dementias of the Alzheimer's Type. Further studies being done on the differences in brain electophysiology of Alcoholics and other drug abusers compared to normal.*

Multicenter Valproate Study. 1990-1993 *Primary investigator at Sterling, in investigating the antipsychotic and mood stabilizing effects of Valproate. Sponsored by Oxford Health Care.*

Relapse Prevention Studies on Substance Abusers. *In conjunction with Robert Plant at Sterling and the Alcohol Treatment Unit at Yale, we are looking at the variables necessary to keep substance abusers from returning to drugs.*

Computer Based Assessment and Predictive Modeling. *Over the last five years we have been developing models in determining the predictive value of various aspects of psychiatric treatments.*

Anafranil Treatment Protocol #67. Ciba-Geigy. *Studying the anti-compulsive effects of Anafranil pre-marketing in the US. 10/88 - 1990.*

## RECENT PRESENTATIONS:

Pharmacology of Next Generation Antidepressants. Connecticut Advanced Practice Nurses Association. Westport, CT December 10, 2002

Treatment Refractory Depression. Connecticut Advanced Practice Nurses Association. Norwalk, CT October 9,2002

Depression in Primary Care: Multiple Seminars over 2001 and 2002. Stamford, Westport and Norwalk , CT.

Refractory Depression: Review of Newer Protocols. Psychiatry Grand Rounds. Danbury Hospital. Danbury, CT. October 2, 2000.

Depression in Primary Care. Series for Primary Care in Stamford. 9/21/00, 9/8/00, 5/19/00 Stamford, CT.

Antidepressant Review in Primary Care. Rockrimmon. Stamford, CT 6/26/97

Delirium and Withdrawal States in the ICU Patient. ICU/CCU Nursing CME. Stamford Hospital. Stamford, Connecticut. March 12, 1997.

Understanding Subsyndromal Delirium. Resident Medical Rounds. Stamford Hospital. Stamford, Connecticut. February 18, 1997.

Diagnosis and Treatment of Sleep Disorders in 1996. Psychiatry Grand Rounds. Stamford Hospital. Stamford, CT. April 11, 1996.

Psychopharmacology of Insomnia. Medical Grand Rounds. Bridgeport Hospital. Bridgeport, Connecticut. March 14, 1996.

Managing Antidepressant Side effects. Pfizer Pharmaceuticals. Greenwich, Connecticut. March 7, 1996.

Treating Sleep Disorders. Searle Pharmaceuticals. Brooklyn, New York. February 21, 1996.

Sleep Problems in Psychiatric Patients. Searle Pharmaceuticals. Farmington, Connecticut. February 8, 1996.

Psychopharmacology and Sleep Disorders- 1996. Annual Meeting of the Connecticut Pharmacists Association. Rocky Hill, Connecticut. February 3, 1996.

Sleep Disorders Update. Searle Pharmaceuticals. Southbury, Connecticut. February 1, 1996.

Update of Insomnia Treatments. The Water Club. New York, New York. January 31, 1996.

Post-CVA Depression. St. Joseph's Medical Center, Stamford, Connecticut. December 13, 1995

Relapse Prevention in Psychotic Illness. Stamford Hospital. Stamford, CT. October 20, 1995.

Sleep Disorders and Depression. Alliance Health Care. Waterbury, Connecticut. October 30, 1995.

Treating Depressive Disorders: Facts and Myth of 1995. Family Practice for Eli Lilly. Westport, Connecticut. October 11, 1995

Depression in a Medical Setting. Medical Grand Rounds. St. Joseph's Hospital. Stamford, Connecticut. June 7, 1994.

Geriatric Depression 1994. Psychiatric Grand Rounds. Stamford Hospital. Stamford, Connecticut. April 14, 1994

Geriatric Anxiety and Depression in 1994. Psychiatric Grand Rounds. St. Vincent's Hospital. Harrison, New York. January 12, 1994.

Differential Diagnosis of Anxiety and Depression. Valley Hospital Family Practice Department. Waldwick, New Jersey. November 9, 1993

Anxiety Disorders: An Update. Internal Medicine Grand Rounds. Elmhurst Hospital. Elmhurst, Illinois. November 9, 1993.

Anxiety and Depression: Diagnosis and Treatment. Medical Grand Rounds. Pascack Hospital. Westwood, New Jersey. October 1, 1993.

Geriatric Psychiatry 1993. Family Practice Grand Rounds. Holy Name Hospital. Teaneck, New Jersey. June 30, 1993.

Internal Medicine Update: Anxiety in the Elderly. Greenwich, Connecticut. June 29, 1993.

Anxiety in the Elderly, Review for Psychiatrists. Westport, Connecticut. June 24, 1993.

Depression in the Elderly. Northeastern Pennsylvania Psychiatric Association.. Scranton, Penn. June 4, 1993.

Differential Diagnosis of Anxiety and Depression. Psychiatry Grand Rounds. Hampton General Hospital. Hampton, Virginia. April 22, 1993.

Neurochemistry of Anxiety and Depression in the Older Adult. Medical Grand Rounds. Hackensack Medical Center, Hackensack, New Jersey. February 23, 1993.

Anxiety and Addictions. Waterbury Association of Pharmacists. Waterbury Hospital. Waterbury, Connecticut. February 4, 1993.

Care of the Caregivers of the Chronically Mentally Ill Patient. Psychiatric Grand Rounds. Harlem Valley Psychiatric Hospital. Wingdale, New York. December 18, 1992.

The Pharmacological Treatment of Anxiety in the Elderly Patient. Psychiatric Grand Rounds. University of Miami. Miami, Florida. December 11, 1992.

Geriatric Psychiatry. Psychiatric Grand Rounds. Christ Hospital. Oaklawn, Illinois. November 5, 1992.

Treatment of Anxiety and Depression in the Medically Ill Patient. Medical Grand Rounds. Manchester VA Hospital. Manchester, New Hampshire. October 23, 1992.

Anxiety and Substance Abuse in the Elderly. Woodhull Hospital. Brooklyn, New York. October 14, 1992.

Psychopharmacology in the Elderly. Nursing Grand Rounds. St. Joseph's Medical Center. Stamford, Connecticut. September 9, 1992.

Depression in the Hospice patient.  Hospice of Stamford.  Stamford, Connecticut. June 23, 1992.

Medications and Sexual Functioning.  The Sterling Institute.  Stamford, Connecticut.  April 7,1992.

Treatment of Depression in the Older Adult.  Family Medicine Program.  St. Joseph's Hospital.  Stamford, Connecticut.  February 25, 1992.

Depression in the Cancer Patient.  Hospice of Stamford.  Stamford, Connecticut. January 28, 1992

The Treatment of Geriatric Anxiety Disorders:  Psychiatric Grand Rounds.  Our Lady of Mercy Hospital.  New York, New York.  January 9, 1992.

Anxiety Syndromes in the Older Adult.  Montefiore Hospital.  New York, New York.  November 25, 1991.

Depression in Cancer Patients.  Cancer Conference.  St. Joseph's Medical Center.  Stamford, Connecticut.  November 21, 1991.

Post-Traumatic Stress Disorder;  An Overview.  The Sterling Institute. Stamford, Connecticut.  November 19, 1992

Stress Headaches.  Stamford Manor.  Stamford, Connecticut.  October 22, 1991.

Dynamics of the Cancer Patient.  Hospice of Stamford.  Stamford, Connecticut. October 21, 1991.

Anxiety in Geriatric Patients.  Psychiatry Grand Rounds.  Valley Hospital. Ridged, New Jersey.  May 17, 1991.

Brain Imaging,  Depression and Dementia in the Older Adult.  Grand Rounds. Wilks-Barre Veterans Hospital.  Wilkes-Barre, Pennsylvania.  May 9, 1991.

Depression in the Hospice Patient.  Hospice of Stamford.  Stamford, Connecticut.  April 22, 1991.

Anxiety Disorders in the Elderly: An Overview. Westchester Medical Center. Valhalla, New York. April 16, 1991.

Suicide in the Elderly. United Way of Greenwich. Greenwich, Connecticut. March 12, 1991.

Recognizing Depression in the Elderly. Sterling Institute. Stamford, Connecticut. March 5, 1991.

Anxiety Disorders in the Elderly. Norwich State Hospital, Norwich, Connecticut. February 20, 1991.

Depression and Suicide in Cancer Patients: Ethics and Neuropsychiatry. Cancer Support Team. Larchmont, New York. November 29, 1990.

Dementia and Pseudodementia: New Modes of Assessment. Grand Rounds, R.L. Yeager Mental Health Center / Summitt Peak Hospital. Pamona, New York. November 27, 1990.

Mind/Body Interface: Technology and Partial Hospital Programs in the 1990s. Keynote Address. Connecticut Partial Hospital Meetings. Cromwell, Connecticut. November 15, 1990.

Alzheimer's Disease Update. Caregiver's Conference. Norwalk, Connecticut. November 15, 1990.

Psychological Aspects of Terminal Illness. Hospice of Stamford. Stamford, Connecticut. October 17, 1990.

Depression in the Medically Ill Patient. West Hudson Psychiatric Society. Hillburn, New York. October 5, 1990.

Obsessive-Compulsive Disorder: Update. Sterling Institute, Stamford, Connecticut. October 2, 1990.

Depression and Anxiety in 1990: An overview for internists. Grand Rounds. Holy Name Hospital. Teaneck, New Jersey. September 18, 1990.

Medication Use in Dementias. Alzheimer's Association of Stamford. Stamford, Connecticut. May 22, 1990

Treatment of Refractory Depressions. Annual Meeting of the Partial Hospital Association of Connecticut. Cromwell, Connecticut. May 17, 1990.

Depression in the Elderly: An overview. Northeastern Gerontological Association Annual Meeting. New Haven, Connecticut. April 20, 1990.

Pain Management in the Substance Abusing AIDS patient. Crossing the Bridge: Presented by Hospice and the APT Foundation. New Haven, CT. March 29, 1990.

Geriatric Depression: Evaluation and Treatment. Sandoz Pharmaceuticals. Stamford, CT. March 28, 1990.

Suicide.   Presented at West Haven Mental Health Clinic.   West Haven, CT.   March 27, 1990.

The Good News About Depression.   Public Lecture.   Presented at The Sterling Institute,  Stamford, CT.   March 6, 1990

Refractory Depression in the Elderly.   New York Psychiatric Society. Binghamton, New York.   February 8, 1990.

Geriatric Depression, An Overview.   APA Regional chapter.   Elmira, New York. February 8, 1990.

Treatment of Geriatric Depression.   Albany Psychiatric Society - APA.   Albany, New York.  November 15, 1989.

Psychological Aspects of Terminal Illness.   A lecture sponsored by Hospice. Stamford, October 30, 1989.

Obsessive Compulsive Disorders:  An Overview.   A lecture sponsored by the Sterling Institute.   Stamford.   October 26, 1989.

Joseph Campbell Film Series:   Gave three lectures as adjuncts about Jungian and general psychotherapeutic views of myths, society and intra-psychic life. September 14,21 and 28th, 1989.

Psychotherapy and Psychotropic Medications:   A Symposium for Professionals. A four hour seminar sponsored by the Temenos Institute of Westport. February 18, 1989.

The Mind/Body Interface.   Workshop sponsored by the Temenos Institute of Westport.   April 8, 1989.

Depression and Neurotransmitters.   Lecture for Family Practitioners, Sponsored by DISTA Pharmaceuticals.   January 18, 1989.   Trumbull Marriot, Bridgeport, CT.

Alzheimer's Disease:   An Overview.   Connecticut Association for Counciling and Development.   Annual Meeting.   March 15, 1988.   New Haven, Connecticut.

The Business of Good Health.   Lecture at the Vital Signs Health Fair.   March 12, 1988.   Stamford, Connecticut.

Depression in Cancer Patients:   Evaluation and Treatment.   Presented at the Cancer Support Groups/Hospice Meeting.   March 10, 1988.   Larchmont, New York.

Suicidality and the Severely Medically Ill (Part II).   Lecture for the American Cancer Society and Fairfield Country Social Workers Association.   January 20, 1988, Stamford, Connecticut.

Dementia:   An Overview.   Presented at the Westport Counseling Center, Westport, Connecticut.   December 15, 1987.

Understanding Confusion in Older Adults.  Four Hour Workshop for the public presented at the Temenos Institute, Westport, Connecticut on November 21, 1987.

Dementia:  The Disintegration of the Self.  An afternoon workshop presented by myself and Maureen Matthews MSN, CS for professionals at the Temenos Institute, Westport, Connecticut.  November 18, 1987.

Depression and Suicidality in the Chronically Medically Ill.  Keynote Speaker at the meetings of the Fairfield County Social Workers.  Sponsored by the American Cancer Society.  October 7, 1987, at Stamford, Connecticut.

Topographic Brain Mapping.  Lecture and presentation at West Haven Mental Health Center.  May 22, 1987.

Emergency Psychiatry-Another View.  Presented at the APA/Institute for Hospital and Community Psychiatry.  Montreal, Canada.  October 1985.

Workshop in Emergency Psychiatry.  APA/Institute for Hospital and Community Psychiatry.  Montreal, Canada.  October 1985.

Port-Traumatic Stress Disorder in a General Hospital.  Grand Rounds at New Britain General Hospital, New Britain, Connecticut.  May 1985.

Frontal Lobe Injury Presenting as a Borderline Syndrome:  A Case Report.  Presented at Grand Rounds at Yale-New Haven Hospital.  April 1984.

Computer Simulations in Medicine.  University of Connecticut Medical School.  Grand Rounds.  September 1980.

Alternative Approaches to Providing Basic Health Services in Africa.  WHO report and presentation at Columbia University School of Public Health.  May 1977.

Prevalence of Hyperlipoproteinemia in Northeastern Connecticut.  Presented as University Lecture.  Storrs, Connecticut.  April 1976.

Provision of Adequate Nutrition to the Sudan.  US Agency for International Development Document.  MIT/International Nutrition Project.  March 1975.

**RECENT MEDIA APPEARANCES:**

July 2, 2001. Postpartum Depression. WSTC-AM, Stamford, CT.

November 28, 1995. Demystifying Depression. Hour Long Show , WSTC-AM,

March 18, 1992. Mental Health in an Economic Recession. Hour Long Interview on "Conversations", WNLK-AM, Norwalk, Connecticut.

March 12, 1992. Seasonal Depression. The Fairfield Exchange. Cablevision TV.

February 27, 1992. Cablevision TV, Norwalk. The Miggs Burroughs Show. Depression and Anxiety in Fairfield County.

December 13, 1991. WSTC, Stamford. Radio Interview on Holiday Depression.

August 16, 1991. WICC-AM, Stamford. Radio Interview on Depression in Older Adults.

July 16, 1991. Cable TV. The Fairfield Exchange. Cablevision of Connecticut. Obsessive-Compulsive Disorder. Interview.

October 1, 1990. WSTC-AM, Stamford. Obsessive-Compulsive Disorder. Interview.

March 5, 1990. WSTC-AM, Stamford. The Good News About Depression. Interview.

September 26, 1988. WSTC-AM, Stamford. Compulsive Shoppers. Interview.

June 20th and 23rd, 1988. WSTC-AM, Stamford. Stress: Healthwatch.Interview.

January 14, 1988. Fairpress Newspaper. Treatment Tailored to Patient: Sterling Institute's Anxiety and Depression Programs.

December 20, 1987. WEBE-FM radio. Thirty minute Interview on the service at the Sterling Institute and Overview of Anxiety/ Depression.

December, 1987. Connecticut Spotlight Magazine. Review of the Sterling Institute, Stamford.

December 2, 1987 Fairfield Citizen-News. Alzheimer's victims and family suffer, but cope.

November 27, 1987 Westport News. New Mental Health Facility opens in downtown Stamford.

November 19, 1987 Darien News-Review. Alzheimer's Disease .

October 9, 1987 Westport News. Alzheimer's Disease and its treatment.

12/17/02