UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday, March 11, 2004
9:00 a.m.

CASE NO. **3:03cv410 MRK**    **Schroeder v ACMI Corp.**

Christine A. Caulfield
Emmett & Glander
45 Franklin St.
Stamford, CT 06901

**STATUS CONFERENCE HELD**
DATE: 3/11/04

15 min

Kathryn Emmett
Emmett & Glander
45 Franklin St.
Stamford, CT 06901

James M. Sconzo
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

Jonathan C. Sterling
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK