# United States District Court
# District of Connecticut

| | | |
|---|---|---|
| HEIDI E. SCHROEDER, | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV410(MRK) |
| | : | |
| v. | : | |
| | : | |
| ACMI CORPORATION, | : | |
| | : | |
| Defendant. | : | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

_____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

_____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

_____ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

_____ A ruling on the following motions which are currently pending: (orefm.) Doc#

**✖**\_\_\_\_\_ A settlement conference (orefmisc./cnf.)

_____ A conference to discuss the following: (orefmisc./cnf.)

_____ Other: (orefmisc./misc)

SO ORDERED this   23rd   day of   March  ,   2004   at New Haven, Connecticut.

/s/           Mark R. Kravitz
UNITED STATES DISTRICT COURT JUDGE