FILED

Mar 24  10 34 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03CV 0410 (MRK) |
| | : | |
| VS. | : | |
| | : | |
| ACMI CORPORATION, | : | |
| Defendant | : | MARCH 24, 2004 |

### MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), the undersigned defendant hereby moves for an extension of time of two (2) days, up to and including March 26, 2004, within which to respond to the plaintiff's Interrogatories and Requests for Production addressed to the defendant. The plaintiff's Interrogatories and Requests for Production seek numerous documents and responses. Despite diligent good faith efforts, the defendant requires additional time to locate and produce the requested responses and documents.

In support of this Motion, the undersigned represents that he has contacted plaintiff's counsel, Kathryn Emmett, who has indicated that she has no objection to this motion. This is the second motion for extension of time with respect to this time limitation.

WHEREFORE, the defendants respectfully request that the Court grant the foregoing motion for extension of time.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANT:
ACMI CORPORATION

BY: _____
James M. Sconzo
Fed. Bar No. ct# 04571 and
Jonathan C. Sterling
Fed. Bar No. ct#24576
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103
Fax: (860) 548-0006

**CERTIFICATION**

     This is to certify that on this 24th day of March, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Kathryn Emmett
Emmett & Glander
45 Franklin Street
Stamford, Ct 06901

_____
Jonathan C. Sterling

530515.1(HSFP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105