## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER,<br>Plaintiff | : | CIVIL ACTION NO.<br>3:03CV 0410 (MRK) |
| VS. | : | |
| ACMI CORPORATION,<br>Defendant | : | MARCH 26, 2004 |

### MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), the undersigned defendant hereby moves

for an extension of time of four (4) days, up to and including March 30, 2004, within

which to respond to the plaintiff's Interrogatories and Requests for Production

addressed to the defendant. The plaintiff's Interrogatories and Requests for Production

seek numerous documents and responses. Despite diligent good faith efforts, the

defendant requires additional time to locate and produce the requested responses and

documents.

The undersigned counsel has attempted to contacted plaintiff's attorney, Kathy

Emmett, but could not ascertain her position with regard to this Motion. This is the third

motion for extension of time with respect to this time limitation.[1] However, the defendant

notes that this requested extension is very brief, and the plaintiff was permitted a

greater period of time to comply with the defendant's interrogatories and production

requests.

---

[1] The Second Motion was for a very brief period of two (2) days.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, the defendants respectfully request that the Court grant the foregoing motion for extension of time.

DEFENDANT:
ACMI CORPORATION

BY:_____
James M. Sconzo
Fed. Bar No. ct# 04571 and
Jonathan C. Sterling
Fed. Bar No. ct#24576
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103
Fax: (860) 548-0006

## CERTIFICATION

This is to certify that on this 26th day of March, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Kathryn Emmett
Emmett & Glander
45 Franklin Street
Stamford, Ct 06901

_____
Jonathan C. Sterling

531853.1(HSFP)

- 2 -

One Goodwin Square          HALLORAN          Phone (860) 522-6103
225 Asylum Street                               Fax (860) 548-0006
Hartford, CT 06103          & SAGE LLP         Juris No. 26105