## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER, | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV410(MRK) |
| | : | |
| v. | : | |
| | : | |
| ACMI CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Defendant's Motions For Extension Of Time [doc. #28 and 29], are hereby **GRANTED absent objection**.  Defendant shall respond to Plaintiff's Interrogatories and Requests for Production on or before **March 30, 2004**.

IT IS SO ORDERED.


/s/          Mark R. Kravitz
                  U.S.D.J.


Dated at New Haven, Connecticut: <u>March 29, 2004</u>.