IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------x
HEIDI E. SCHROEDER,             :   CIVIL ACTION NO.
    Plaintiff,                  :   3:03 CV 0410 (MRK)
                                :
v.                              :
                                :
ACMI CORPORATION,               :
    Defendant.                  :   MARCH 30, 2004
---------------------------------x

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court grant plaintiff a two week extension of time within which to file her memorandum in opposition to defendant's motion for protective order, dated March 11, 2004, from April 1, 2004 to April 15, 2004. This is plaintiff's first request for an extension of this deadline.

In support of this request, undersigned counsel represents that due to other professional and personal obligations, including preparation for and/or the taking of depositions in this case, she has not had sufficient time to prepare plaintiff's opposition memorandum.

Undersigned counsel is authorized to represent that Attorney Jonathon Sterling, who represents the defendant in this action, does not object to this motion. This action has not been assigned for trial.

THE PLAINTIFF, HEIDI E. SCHROEDER

BY: _____
KATHRYN EMMETT
Emmett & Glander
45 Franklin Street
Stamford, CT 06901
(203) 324-7744
Federal Bar No. ct ct05605

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 30th day of March, 2004, to:

James M. Sconzo, Esq.
Jonathon C. Sterling, Esq.
Halloran & Sage, LLP
One Goodwin Square, 225 Asylum Street
Hartford, CT 06103.4303

_____
Kathryn Emmett

-2-