## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER, | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV410(MRK) |
| | : | |
| v. | : | |
| | : | |
| ACMI CORPORATION, | : | |
| | : | |
| Defendant. | : | |

### ORDER

Plaintiff's Motion For Extension Of Time [doc. #31], dated March 30, 2004, is hereby **GRANTED**. Plaintiff shall file her opposition to Defendant's motion for protective order on or before April 15, 2004.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
         U.S.D.J.

Dated at New Haven, Connecticut: April 15, 2004.