IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------x
HEIDI E. SCHROEDER,             :   CIVIL ACTION NO.
    Plaintiff,                  :   3:03 CV 0410 (MRK)
                                :
v.                              :
                                :
ACMI CORPORATION,               :
    Defendant.                  :   APRIL 15, 2004
---------------------------------------x

**MOTION FOR EXTENSION OF TIME**

    Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court grant plaintiff a one week extension of time within which to file her memorandum in opposition to defendant's motion for protective order, dated March 11, 2004, from April 15, 2004 to April 22, 2004. This is plaintiff's second request for an extension of this deadline.

    In support of this request, undersigned counsel represents that due to other professional and personal obligations and circumstances, she has not had sufficient time to prepare plaintiff's opposition memorandum.

    Undersigned counsel is authorized to represent that Attorney Jonathan Sterling, who represents the defendant in this action, does not object to this motion. This action has not been assigned for trial.

        THE PLAINTIFF, HEIDI E. SCHROEDER

BY:_____
        KATHRYN EMMETT
        Emmett & Glander
        45 Franklin Street
        Stamford, CT  06901
        (203) 324-7744
        Federal Bar No. ct ct05605
        kemmett@emmettandglander.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 15th day of April, 2004, to:

James M. Sconzo, Esq.
Jonathan C. Sterling, Esq.
Halloran & Sage, LLP
One Goodwin Square, 225 Asylum Street
Hartford, CT  06103.4303

_____
Kathryn Emmett

-2-