**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| HEIDI E. SCHROEDER,<br>    Plaintiff,<br><br>v.<br><br>ACMI CORPORATION,<br>    Defendant. | CIVIL ACTION NO.<br>3:03 CV 0410 (MRK)<br><br><br><br><br>APRIL 21, 2004 |

**MOTION FOR EXTENSION OF TIME**

    Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court grant plaintiff a one week extension of time within which to file her memorandum in opposition to defendant's motion for protective order, dated March 11, 2004, from April 22 2004 to April 29, 2004. This is plaintiff's third request for an extension of this deadline.

    In support of this request, undersigned counsel represents that the parties, through counsel, are discussing settlement of the issues raised by defendant's motion for protective order and that, due to the fact that defendant's representative is not currently available and will not be available until Monday, April 26, 2004, the parties are unable to conclude their settlement discussions. For this reason, undersigned counsel requests an additional extension of time to file plaintiff's opposition memorandum in the expectation that the underlying issues may be resolved, thus rendering court resolution of the issues raised unnecessary.

Undersigned counsel is authorized to represent that Attorney Jonathan Sterling, who represents the defendant in this action, does not object to this motion. This action has not been assigned for trial.

                         THE PLAINTIFF, HEIDI E. SCHROEDER

BY:_____
     KATHRYN EMMETT
     Emmett & Glander
     45 Franklin Street
     Stamford, CT  06901
     (203) 324-7744
     Federal Bar No. ct ct05605
     kemmett@emmettandglander.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 21st day of April, 2004, to:

James M. Sconzo, Esq.
Jonathan C. Sterling, Esq.
Halloran & Sage, LLP
One Goodwin Square, 225 Asylum Street
Hartford, CT  06103.4303

_____
Kathryn Emmett

-2-