UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER, | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV410(MRK) |
| | : | |
| v. | : | |
| | : | |
| ACMI CORPORATION, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Plaintiff's Motion For Extension Of Time [doc. #33], dated April 15, 2004, is hereby **GRANTED** *nunc pro tunc*. Plaintiff shall file her opposition to Defendant's motion for protective order on or before April 22, 2004.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: April 26, 2004.