UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03CV 0410 (MRK) |
| | : | |
| VS. | : | |
| | : | |
| ACMI CORPORATION, | : | |
| Defendant | : | APRIL 29, 2004 |

## NOTICE OF WITHDRAWAL OF MOTION

The defendant, ACMI Corporation, hereby withdraws its Motion for Protective Order dated March 11, 2004 seeking a reduction in the deposition fees of the Plaintiff's disclosed expert, Dr. Alan T. Falkoff.

THE DEFENDANT:
ACMI CORPORATION

By_____
James M. Sconzo
Fed Bar # ct04571 and
Jonathan C. Sterling
Fed Bar # ct24576 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

    This is to certify that on this 29th day of April, 2004, I hereby mailed a copy of the foregoing to:

Kathryn Emmett, Esq.
Christine Caulfield, Esq.
Emmett & Glander
45 Franklin Street
Stamford, CT  06901

 

_____
Jonathan C. Sterling

504338.1(HSFP)

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105