# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

HEIDI E. SCHROEDER,                    :
                                       :
                    Plaintiff,         :        NO. 3:03CV410(MRK)
                                       :
v.                                     :
                                       :
ACMI CORPORATION,                      :
                                       :
                    Defendant.         :


## <u>ORDER</u>

    Plaintiff's Motion For Extension Of Time [doc. #34], dated April 21, 2004, is hereby

**GRANTED** ***nunc pro tunc***.  Plaintiff shall file her opposition to Defendant's motion for protective

order on or before April 29, 2004.


IT IS SO ORDERED.



/s/       <u>       Mark R. Kravitz      </u>
                     U.S.D.J.


Dated at New Haven, Connecticut: <u>April 30, 2004</u>.