UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HEIDI E. SCHROEDER,

          Plaintiff,

v.

ACMI CORPORATION,

          Defendant.

NO. 3:03CV410(MRK)

### ORDER

In light of Defendant ACMI's Notice of Withdrawal of Motion [doc. #36], the Motion for Protective Order [doc. #24] is DENIED as moot.

IT IS SO ORDERED.

Hon. Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: May 4, 2004.