UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:03CV 0410 (MRK) |
| | : | |
| VS. | : | |
| | : | |
| ACMI CORPORATION, | : | |
|     Defendant | : | JUNE 21, 2004 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties in the above-captioned matter respectfully request a further modification of the Court's Scheduling Order dated March 12, 2004. This modification is necessary because circumstances outside the control of the parties forced the cancellation of several depositions scheduled within the allotted period. Further, the scheduling of a settlement conference with Magistrate William Garfinkel makes the current dispositive motion deadline problematic. As such, the parties jointly request the following modifications to the Scheduling Order as it now exists:

    1.    That the parties be allowed thirty-five (35) additional days, up to and including July 26, 2004, to complete discovery in this matter;

    2.    That the defendant be allowed until October 17, 2004 to file dispositive motions;

    3.    That the Parties Joint Trial memorandum be due on October 17, 2004, in the event that no dispositive motions are filed;

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4.  That, if no dispositive motions are filed, the case will be considered trial ready on October 17, 2004.

The parties have been vigorously pursuing discovery in this case, but have been unable to complete the depositions of several fact witnesses within the time allotted. Several witnesses, including six (6) ACMI employees, all experts and the plaintiff have been disposed. Though the depositions of the remaining witnesses were noticed for dates within the allotted period, several of those depositions had to be cancelled because defendant's counsel was ordered by Judge Peter Dorsey to be present at a Show Cause Hearing during the week of May 24, 2004. The parties were unable to reschedule those depositions by June 21, 2004, the current deadline, but have now scheduled all remaining depositions for between the present and July 26, 2004.

Moreover, the parties have a Settlement Conference scheduled with Magistrate Judge William Garfinkel for September 17, 2004 in this matter. Therefore, the parties respectfully request that the deadline for filing dispositive motions be moved until thirty (30) days after the settlement conference. It would be an unnecessary expenditure of resources to force the parties to prepare and respond to what would be a very labor-intensive motion, when one purpose of the settlement conference is to avoid cost associated with litigating the case. Additionally, the parties should be devoting their energies to preparing for the mediation session, including the preparation of position statements.

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

This is the parties first joint motion for extension of time with respect to this time limitation, and would be the third time that the discovery deadline has been extended. The parties respectfully request that they be granted one additional month to complete the extensive discovery required in this matter, and that the other deadlines be modified as indicated above.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| By:_____ | By:_____ |
| Kathryn Emmett, Esq. | Jonathan Sterling, Esq. |
| Federal Bar No. # ct05605 | Fed. Bar # ct24576 |
| Emmett & Glander | Halloran & Sage, LLP |
| 45 Franklin Street | 225 Asylum Street |
| Stamford, CT 06901 | Hartford, CT 06103-4303 |
| Tel. (860) 324-7744 | Tel. (860) 522-6103 |
| Fax (860) 969-1319 | Fax (860) 548-0006 |

### CERTIFICATION

This is to certify that on this 21st day of June, 2004, I hereby mailed a copy of the foregoing to:

Kathryn Emmett, Esq.
Christine Caulfield, Esq.
Emmett & Glander
45 Franklin Street
Stamford, CT 06901

_____
Jonathan C. Sterling

557769.1(HSFP)



One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105