### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER, | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV410(MRK) |
| | : | |
| v. | : | |
| | : | |
| ACMI CORPORATION, | : | |
| | : | |
| Defendant. | : | |

### ORDER

Having conferred with the parties telephonically on July 21, 2004, the Court sets the following modified deadlines:

All discovery will be completed by **August 15, 2004.**

Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **October 17, 2004**.

                                                IT IS SO ORDERED.

                                    /s/      Mark R. Kravitz
                                                  United States District Judge

**Dated at New Haven, Connecticut: July 26, 2004**.