UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER, | : | CIVIL ACTION NO, |
| Plaintiff, | : | 3:03CV 0410 (MRK) |
| | : | |
| VS. | : | |
| | : | |
| ACMI CORPORATION, | : | |
| Defendant. | : | OCTOBER 18, 2004 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant,

ACMI Corporation ("ACMI"), respectfully moves this Court for the entry of summary

judgment in its favor as to all claims in the plaintiff's Complaint. In support of this

motion, the defendant submits the attached Memorandum of Law.

THE DEFENDANT:
ACMI CORPORATION

By_____
James M. Sconzo
Fed Bar # ct04571 and
Jonathan C. Sterling
Fed Bar # ct24576 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 18th day of October, 2004, I hereby mailed a copy of the foregoing to:

Kathryn Emmett, Esq.
Christine Caulfield, Esq.
Emmett & Glander
45 Franklin Street
Stamford, CT  06901

James M. Sconzo

605282

- 2 --

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105