UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER,<br>Plaintiff, | : | CIVIL ACTION NO.<br>3:03CV 0410 (MRK) |
| VS. | : | |
| ACMI CORPORATION,<br>Defendant. | : | October 18, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the undersigned Defendant has manually filed the following documents:

**Exhibits A through X of the defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment dated October 18, 2004**

This document has not been filed electronically because:

[ ] the document or thing cannot be converted to an electronic format

[X] the electronic file size of the document exceeds 1.5 megabytes

[ ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) for Local Rule of Criminal Procedure 57(b)

[ ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

                                           THE DEFENDANT:
                                           ACMI CORPORATION

                              By           /s/ James M. Sconzo
                                           James M. Sconzo
                                           Fed Bar # ct04571 and
                                           Jonathan C. Sterling
                                           Fed Bar # ct24576 of
                                           HALLORAN & SAGE LLP
                                           One Goodwin Square
                                           225 Asylum Street
                                           Hartford, CT 06103
                                           (860) 522-6103

### CERTIFICATION

This is to certify that on this 18th day of October, 2004, I hereby mailed a copy of the foregoing to:

Kathryn Emmett, Esq.
Christine Caulfield, Esq.
Emmett & Glander
45 Franklin Street
Stamford, CT  06901

                                           /s/ James M. Sconzo
                                           James M. Sconzo

605596_1.DOC

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105