IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| HEIDI E. SCHROEDER,<br>Plaintiff, | CIVIL ACTION NO.<br>3:03 CV 0410 (MRK) |
| v. |  |
| ACMI CORPORATION,<br>Defendant. | DECEMBER 27, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court grant plaintiff a three week extension of time within which to file her memorandum in opposition to Defendant's Motions for Summary Judgment and to Preclude Testimony filed October 18, 2004 up to and including January 21, 2004 due to prolonged illness of plaintiff's counsel and her family and other circumstances as set forth below. This is plaintiff's third request for an extension of this deadline.

In support of this request, undersigned counsel represents that Attorney Christine Caulfield, who represents plaintiff in this action, has been working diligently to complete plaintiff's memoranda, but has been unable to do so as of this time due to several weeks of severe illness of counsel and her two small children. Undersigned counsel, who also represents plaintiff in this action, has been unable to devote considerable time to plaintiff's memoranda due to a scheduled family vacation and conflicting professional obligations including discovery

obligations in <u>Clark v. Vermont Pure Holdings, Ltd., et al.</u>, 3:02 CV 2278 (RNC), which is subject to a January 15, 2005 discovery deadline; obligations relating to pro bono representation of Sammie Goss at the request of the Honorable U.S. District Court Judge William I. Garfinkel; preparation for complex mediation in <u>Bolton v. Weil, Gotshal & Manges LLP, et al.</u>, Index No. 602341/03, pending in the Supreme Court of the State of New York, County of New York; preparation of a post-trial memorandum in <u>83-85 Railroad Avenue, et al v. Samuel Judice, M.D., et al.</u>, CV 01 0186514S, pending in Connecticut Superior Court; discovery and other obligations in <u>Roe v. Burden, et al.</u>, CV 02 0396666S, <u>Doe v. Derma Clinic, et al.</u>, CV 01 0382381S and <u>Allen v. Burden, et al.</u>, CV 01 0384425S, all pending in Connecticut Superior Court; obligations relating to the resolution of <u>Robles v. USA, et al.</u>, 3:01 CV 1659 (AVC); and obligations on behalf of the Center for Children's Advocacy. In addition, counsel do not have support staff in the office this week due to scheduled vacations. Counsel require three additional weeks to complete the memoranda because Attorney Caulfield continues to be ill and requires a short period to rest and recuperate. In addition, both counsel have family obligations relating to the holidays.

Attorney Jonathan Sterling, who represents the defendant in this action, has authorized undersigned counsel to represent that defendant does not object to extensions of time for filing plaintiff's memoranda provided the memoranda are filed prior to March 1, 2005. This action has not been assigned for trial.

THE PLAINTIFF, HEIDI E. SCHROEDER

BY: *[signature]*
KATHRYN EMMETT
Emmett & Glander
45 Franklin Street
Stamford, CT 06901
(203) 324-7744
Federal Bar No. cT ct05605
kemmett@emmettandglander.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 27th day of December, 2004, to:

James M. Sconzo, Esq.
Jonathan C. Sterling, Esq.
Halloran & Sage, LLP
One Goodwin Square, 225 Asylum Street
Hartford, CT 06103.4303

*[signature]*
Kathryn Emmett

-3-