IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------x
HEIDI E. SCHROEDER,                    :   CIVIL ACTION NO.
        Plaintiff,                     :   3:03 CV 0410 (MRK)
                                       :
v.                                     :
                                       :
ACMI CORPORATION,                      :
        Defendant.                     :   DECEMBER 29, 2003
---------------------------------------x

### PLAINTIFF'S DISCLOSURE PURSUANT TO F.R.C.P. RULE 26(a)(2)(A) RE IDENTITY OF WITNESSES WHO MAY PRESENT EXPERT TESTIMONY

Pursuant to F.R.C.P. Rule 26(a)(2)(A), plaintiff Heidi Schroeder discloses that she intends to introduce expert testimony, records and/or reports at trial from the following medical care providers who have evaluated and/or treated plaintiff in connection with injuries she suffered and/or continues to suffer as a result of her employment with ACMI Corporation:

> Alan T. Falkoff, M.D.
> 992 High Ridge Road
> Stamford, CT 06905
>
> F. Carl Mueller, M.D., M.P.H.
> 999 Summer Street
> Stamford, CT 06905

Plaintiff intends to introduce testimony from these medical care providers concerning their evaluation and/or treatment of plaintiff and the nature, extent and/or cause of her injuries.

Plaintiff has produced records and/or reports concerning plaintiff prepared and/or maintained by these expert medical care providers and/or evaluators. Additional Rule 26 (a)(2) material will be provided as it becomes available.

THE PLAINTIFF, HEIDI E. SCHROEDER

BY: _____
KATHRYN EMMETT
Federal Bar No. ct 05605
CHRISTINE CAULFIELD
Federal Bar No. ct19115
Emmett & Glander
45 Franklin Street
Stamford, CT  06901
(203) 324-7744

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 29th day of December, 2003, to:

James M. Sconzo, Esq.
Jonathon C. Sterling, Esq.
Halloran & Sage, LLP
One Goodwin Square, 225 Asylum Street
Hartford, CT  06103.4303

_____
Kathryn Emmett

2