IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HEIDI E. SCHROEDER,<br>Plaintiff, | CIVIL ACTION NO.<br>3:03 CV 0410 (MRK) |
| v. | |
| ACMI CORPORATION,<br>Defendant. | JANUARY 21, 2005 |

**AFFIDAVIT OF ATTORNEY KATHRYN EMMETT
IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT**

Kathryn Emmett, being duly sworn, deposes and says:

I am duly admitted to practice in the State of Connecticut and in this Court. I am counsel for the plaintiff Heidi Schroeder in the above-captioned action. I am fully familiar with the facts of these proceedings and make this affidavit in support of Plaintiff's Opposition to Summary Judgment, including two volumes of documents, Volume One containing Exhibits 1-16 and Volume Two containing Exhibits 17-33.

1. Attached to Volume One as Exhibit 1 are true and correct copies of excerpts from the deposition transcript of plaintiff Heidi Schroeder taken on October 20, 2003.

2. Attached to Volume One as Exhibit 2 are true and correct copies of excerpts from the deposition transcript of Ted Arotsky taken on June 8, 2004.

3. Attached to Volume One as Exhibit 3 are true and correct copies of excerpts from the deposition transcript of Maria Gerace taken on August 10, 2004.

4.  Attached to Volume One as Exhibit 4 are true and correct copies of excerpts from the deposition transcript of Charles Harris taken on April 1, 2004.

5.  Attached to Volume One as Exhibit 5 are true and correct copies of excerpts from the deposition transcript of Daniel Hill taken on July 12, 2004.

6.  Attached to Volume One as Exhibit 6 are true and correct copies of excerpts from the deposition transcript of Frederick King taken on July 13, 2004.

7.  Attached to Volume One as Exhibit 7 are true and correct copies of excerpts from the deposition transcript of Michelle Lupien taken on June 8, 2004.

8.  Attached to Volume One as Exhibit 8 are true and correct copies of excerpts from the deposition transcript of Stanley Opalenik taken on July 12, 2004.

9.  Attached to Volume One as Exhibit 9 are true and correct copies of excerpts from the deposition transcript of Christopher Ranita taken on April 2, 2004.

10. Attached to Volume One as Exhibit 10 are true and correct copies of excerpts from the deposition transcript of Edward Roche taken on August 10, 2004.

11. Attached to Volume One as Exhibit 11 are true and correct copies of excerpts from the deposition transcript of John Scaglia taken on May 11, 2004.

12. Attached to Volume One as Exhibit 12 are true and correct copies of excerpts from the deposition transcript of John Tarca taken on July 13, 2004.

13. Attached to Volume One as Exhibit 13 are true and correct copies of excerpts from the deposition transcript of Susan Schroeder taken on July 15, 2004.

14. Attached to Volume One as Exhibit 14 are true and correct copies of excerpts from the deposition transcript of F. Carl Mueller, M.D., M.P.H. taken on February 23, 2004.

15. Attached to Volume One as Exhibit 15 is a true and correct copy of the deposition transcript of Alan T. Falkoff, M.D. taken on March 4, 2004.

16. Attached to Volume One as Exhibit 16 are true and correct copies of excerpts from the deposition transcript of Walter A. Borden, M.D. taken on April 29, 2004 and continued on June 3, 2004.

17. Attached to Volume Two as Exhibit 17 is a true and correct copy of a report issued by plaintiff's treating psychiatrist, Dr. Mueller, dated January 5, 2004, Bates numbered 667-68, and produced by plaintiff in connection with this action.

18. Attached to Volume Two as Exhibit 18 is a true and correct copy of a report issued by plaintiff's treating physician, Dr. Falkoff, dated January 16, 2004, Bates numbered 669-73, and produced by plaintiff in connection with this action.

19. Attached to Volume Two as Exhibit 19 are true and correct copies of excerpts from plaintiff's Social Security disability file, Bates numbered 308-14, 517-20, 524-26, 541-49, and 565-74, and produced by plaintiff in connection with this action.

20. Attached to Volume Two as Exhibit 20 are true and correct copies of personnel documents relating to plaintiff's employment at ACMI, including plaintiff's employment letter and documents relating to promotions and personnel changes, provided by defendant.

21. Attached to Volume Two as Exhibit 21 are true and correct copies of ACMI

3

personnel documents relating to Peggy Amalfi produced by defendant in connection with this matter.

22. Attached to Volume Two as Exhibit 22 is a true and correct copy of a document reflecting employee counseling issued to plaintiff by ACMI and produced by defendant in connection with this matter.

23. Attached to Volume Two as Exhibit 23 are true and correct copies of documents reflecting employee counseling issued to plaintiff by ACMI, Bates numbered 20 and 21, and produced by plaintiff in connection with this action.

24. Attached to Volume Two as Exhibit 24 are true and correct copies of Dan Hill's handwritten notes relating to plaintiff's training, Bates numbered 76-78, and produced by defendant in connection with this action.

25. Attached to Volume Two as Exhibit 25 are true and correct copies of handwritten notes relating to Chris Ranita's training, Bates numbered 85-86, and produced by defendant in connection with this action.

26. Attached to Volume Two as Exhibit 26 are true and correct copies of handwritten notes relating to Ha Trinh's training, Bates numbered 89-90, and produced by defendant in connection with this action.

27. Attached to Volume Two as Exhibit 27 are true and correct copies of John Scaglia's handwritten notes relating to plaintiff's training, Bates numbered 79-80, and produced by defendant in connection with this action.

28. Attached to Volume Two as Exhibit 28 is a true and correct copy of a report issued by defendant's expert witness, Dr. Borden, dated March 20, 2004, and produced by defendant in connection with this action.

29. Attached to Volume Two as Exhibit 29 are true and correct copies of excerpts from Plaintiff's Response to Defendant's First Set of Interrogatories and Requests for Production, dated September 5, 2003.

30. Attached to Volume Two as Exhibit 30 are true and correct copies of excerpts from Plaintiff's Response to Defendant's Second Set of Interrogatories, dated February 9, 2004.

31. Attached to Volume Two as Exhibit 31 is a true and correct copy of plaintiff's administrative complaint filed with the Connecticut Commission on Human Rights and Opportunities on or about July 2, 2002.

32. Attached to Volume Two as Exhibit 32 are true and correct copies of photographs of plaintiff from 2000-2004, produced by plaintiff in connection with this action.

33. Attached to Volume Two as Exhibit 33 is a true and correct copy of an ACMI Employee Training Record produced by defendant in connection with this action.

_____
KATHRYN EMMETT

Subscribed and sworn to before me this 21st day of January, 2005.

_____
Christine Caulfield
Commissioner of Superior Court

6

## CERTIFICATION

This is to certify that a copy of the foregoing, including Volumes One and Two, were mailed, postage prepaid, this 21st day of January, 2005, to:

James M. Sconzo, Esq.
Jonathan C. Sterling, Esq.
Halloran & Sage, LLP
One Goodwin Square, 225 Asylum Street
Hartford, CT 06103.4303

_____
Kathryn Emmett

7