# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| HEIDI E. SCHROEDER,<br>    Plaintiff,<br><br>v.<br><br>ACMI CORPORATION,<br>    Defendant. | CIVIL ACTION NO.<br>3:03 CV 0410 (MRK)<br><br><br><br><br>JANUARY 21, 2005 |

## AFFIDAVIT OF PLAINTIFF HEIDI SCHROEDER

Heidi Schroeder, being duly sworn, deposes and says:

1. I am the plaintiff in the captioned action.

2. I first consulted an attorney, Kathryn Emmett, on May 10, 2002 concerning the circumstances that led to my leaving my job on disability after I received notice from the Social Security Administration that my initial application for disability benefits had been denied.

3. At that time, I was an emotional wreck. I had a great deal of difficulty even physically getting to Ms. Emmett's office. I was very untrusting and afraid to talk to her. I was crying a lot and very fearful of dealing with anything that had to do with ACMI.

4. After I met with Ms. Emmett, I was very upset and afraid of the idea of bringing a claim against ACMI. I was afraid that there would be reprisals from employees at ACMI. I was emotionally incapable of making a decision to pursue a claim against ACMI.

5. I spoke with my doctors, F. Carl Mueller, M.D. and Alan Falkoff, M.D., and my sister, Susan Schroeder, a lot after I met with Ms. Emmett on May 10, 2002 to try to reach a decision. They attempted to alleviate my fears and supported the idea of making a claim,

      but I was not myself able to make a decision to pursue a claim until June 12, 2002 when I finally retained Ms. Emmett.

6. Even after I retained Ms. Emmett, I was still very nervous about going to her office and it continued to be difficult for me to talk about the events at work.

7. I signed the administrative complaint on July 2, 2002 and it was transmitted by my attorney to the CHRO and EEOC on or about that date.

_____
Heidi E. Schroeder

Subscribed and sworn to before me this 21st day of January 2005.

_____
Kathryn Emmett
Commissioner of Superior Court