IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
─────────────────────────────── x
HEIDI E. SCHROEDER,             :   CIVIL ACTION NO.
       Plaintiff,               :   3:03 CV 0410 (MRK)
                                :
v.                              :
                                :
ACMI CORPORATION,               :
       Defendant.               :   JANUARY 21, 2005
─────────────────────────────── x
```

## NOTICE OF MANUAL FILING

Please take notice that the undersigned plaintiff has manually filed the following documents:

**Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, dated January 21, 2005; and**

**Volumes One and Two of Affidavit of Attorney Kathryn Emmett in Support of Plaintiff's Opposition to Summary Judgment, dated January 21, 2005.**

These documents have not been filed electronically because:

☐ the document or thing cannot be converted to an electronic format.

■ the electronic file size of the document exceeds 1.5 megabytes.

☐ the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b).

☐ the plaintiff is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

THE PLAINTIFF,
HEIDI E. SCHROEDER

BY: *[signature]*

KATHRYN EMMETT
Federal Bar No. ct05605
CHRISTINE CAULFIELD
Federal Bar No. ct19115
EMMETT & GLANDER
45 Franklin Street
Stamford, CT 06901
(203) 324-7744
kemmett@emmettandglander.com
ccaulfield@emmettandglander.com

## CERTIFICATION

This is to certify that a copy of the foregoing motion has been mailed, postage prepaid, this 21st day of January, 2005, to:

James M. Sconzo, Esq.
Jonathan C. Sterling, Esq.
Halloran & Sage, LLP
One Goodwin Square, 225 Asylum Street
Hartford, CT 06103.4303

*[signature]*
Kathryn Emmett