UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:03CV 0410 (MRK) |
| | : | |
| VS. | : | |
| | : | |
| ACMI CORPORATION, | : | |
|     Defendant. | : | January 28, 2005 |

## MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to L. Civ. R. § 7(b) and § 7(d), the Defendant, ACMI Corporation, respectfully requests an extension of forty-five (45) days within which to file a reply brief to the Plaintiff's Memorandum in Opposition to Motion for Summary Judgment. The Plaintiff's Memorandum was filed on January 21, 2005, making the Defendant's reply brief due on February 4, 2005. With the requested extension, the Defendant's reply brief would be due on March 23, 2005.

The requested extension is necessary to respond the lengthy and complicated legal and factual arguments asserted in the Plaintiff's sixty-four (64) page Memorandum of Law. Further, counsel for the Defendant has several dispositive motions due in the coming month in other cases, making this extension necessary. The Defendant notes that the Plaintiff received several extensions of the period within which to file her Memorandum of Law in Opposition to Summary Judgment.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The undersigned has contacted attorney for the Plaintiff, Christine Caulfield, who indicated that she has no objection this motion.  This is the Defendant's first Motion for Extension of Time with regard to this deadline.

WHEREFORE, the Defendant respectfully requests that its Motion for Extension of Time be granted.

THE DEFENDANT:<br/>
ACMI CORPORATION<br/>
<br/>
By_____<br/>
James M. Sconzo<br/>
Fed Bar # ct04571 and<br/>
Jonathan C. Sterling<br/>
Fed Bar # ct24576 of<br/>
HALLORAN & SAGE LLP<br/>
One Goodwin Square<br/>
225 Asylum Street<br/>
Hartford, CT 06103<br/>
(860) 522-6103

## **CERTIFICATION**

This is to certify that on this 28th day of January, 2005, I hereby mailed a copy of the foregoing to:

Kathryn Emmett, Esq.
Christine Caulfield, Esq.
Emmett & Glander
45 Franklin Street
Stamford, CT  06901

_____<br/>
Jonathan C. Sterling

645511_1.DOC

- 2 –



One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105