FILED

2005 FEB -4 P 2:31

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER,<br>Plaintiff, | : | CIVIL ACTION NO.<br>3:03CV 0410 (DJS) |
| VS. | : | |
| ACMI CORPORATION,<br>Defendant. | : | February 4, 2005 |

## MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to L. Civ. R. § 7(b) and § 7(d), the Defendant, ACMI Corporation, respectfully requests an extension of seven (7) days within which to file a reply brief to the Plaintiff's Memorandum in Response to Defendant's Motion to Preclude Testimony of Plaintiff's Expert Alan T. Falkoff, M.D. and to Conduct a Fed. R. Evid. 104(a) Hearing. The Plaintiff's Memorandum was filed on January 21, 2005, making the Defendant's reply brief due on February 4, 2005. With the requested extension, the Defendant's reply brief would be due on February 11, 2005.

This brief extension is needed by the undersigned to properly consult with his client, as the client has had a child this week and has been unable to review and discuss the Defendant's response. The Defendant notes that the Plaintiff received several extensions of the period within which to file her Memorandum in Response to Defendant's Motion to Preclude Testimony of Plaintiff's Expert Alan T. Falkoff, M.D. and to Conduct a Fed. R. Evid. 104(a) Hearing.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The undersigned has contacted attorney for the Plaintiff, Christine Caulfield, and was unable to ascertain her position on this Motion. This is the Defendant's first Motion for Extension of Time with regard to this deadline.

WHEREFORE, the Defendant respectfully requests that its Motion for Extension of Time be granted.

THE DEFENDANT:
ACMI CORPORATION

By _____
James M. Sconzo
Fed Bar # ct04571 and
Jonathan C. Sterling
Fed Bar # ct24576 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 4th day of February, 2005, I hereby mailed a copy of the foregoing to:

Kathryn Emmett, Esq.
Christine Caulfield, Esq.
Emmett & Glander
45 Franklin Street
Stamford, CT 06901

_____
Jonathan C. Sterling

648058

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105