UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV 0410 (DJS) |
| | : | |
| VS. | : | |
| | : | |
| ACMI CORPORATION, | : | |
| Defendant. | : | MARCH 18, 2005 |

## MOTION FOR PERMISSION TO FILE OVERSIZED BRIEF

ACMI Corporation ("ACMI") respectfully requests the Court's permission to file a Reply Memorandum of Law in Further Support of Motion for Summary Judgment, that exceeds the ten-page limit set by District of Connecticut Local Rule 7(d). Specifically, ACMI requests permission to file a Reply Memorandum that is twenty-five (25) pages in length. In support of this Motion, ACMI sets forth as follows:

ACMI's Memorandum in Support of Motion for Summary Judgment totaled thirty-six (36) pages, less than the forty (40) pages permitted under Local Rule 7(a). Plaintiff then submitted a sixty-three (63) page Memorandum in Opposition to Motion for Summary Judgment ("Plaintiff's Memo"). ACMI consented to her motion to file that oversized brief. Plaintiff's Memo and her twenty-one (21) page Rule 56(a)(2) Statement raise numerous issues and legal arguments, all of which ACMI should be permitted to reply to. The fifteen (15) additional pages being sought are necessary to reply to the plaintiff's arguments, to distinguish the cases she cites, and to clarify exactly what material facts are not in dispute. Notably, the additional pages being requested are significantly fewer than the number that were allowed to the plaintiff in her Memo (twenty-three (23) pages over the limit).

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The undersigned has contacted attorney for the plaintiff, Kathryn Emmett, Esq., and Attorney Emmett has not objection to this motion. This is the first time in this case that ACMI has requested to make an oversized filing.

WHEREFORE, ACMI respectfully requests that the Court grant its Motion and permit ACMI to file an oversized Reply Memorandum of Law in Further Support of Motion for Summary Judgment.

        THE DEFENDANT:
        ACMI CORPORATION


By_____
   James M. Sconzo
   Fed Bar # ct04571 and
   Jonathan C. Sterling
   Fed Bar # ct24576 of
   HALLORAN & SAGE LLP
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   (860) 522-6103

## CERTIFICATION

This is to certify that on this 18th day of March, 2005, I hereby mailed a copy of the foregoing to:

Kathryn Emmett, Esq.
Christine Caulfield, Esq.
Emmett & Glander
45 Franklin Street
Stamford, CT 06901

_____
James M. Sconzo

665389

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105