UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**HEIDI E. SCHROEDER**           :
   **Plaintiff**

   **v.**                                     :   **CIVIL NO.: 3:03cv410(DJS)**

**ACMI CORP.**                          :
   **Defendant**

ORDER OF REFERENCE TO
A UNITED STATES MAGISTRATE JUDGE

In the interest of justice, the above identified case is hereby referred to William I. Garfinkel, United States Magistrate Judge for the purpose of a settlement conference only.

Apart from the referral for this limited purpose, all other aspects of this case, including scheduling and suspension of discovery, shall be the direct responsibility of the undersigned. This settlement conference shall not interfere with the filing of the joint trial memorandum.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___12th___ day of April, 2005.

                                                /s/DJS
                                              Dominic J. Squatrito
                                              United States District Judge