IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------x
HEIDI E. SCHROEDER,              :   CIVIL ACTION NO.
    Plaintiff,                   :   3:03 CV 0410 (DJS)
                                 :
v.                               :
                                 :
ACMI CORPORATION,                :
    Defendant.                   :   OCTOBER 19, 2005
---------------------------------x

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court extend the deadline for the filing of the parties' stipulation of voluntary dismissal of this case pursuant to Rule 16(b) from October 21, 2005 up to and including November 6, 2005. This is the first request for an extension of this deadline.

In support of this request, undersigned counsel states that the parties have reached a settlement, but require additional time to complete the settlement papers and file a stipulation of voluntary dismissal.

Attorney Jonathan C. Sterling, who represents the defendant, has authorized undersigned counsel to represent that the defendant does not object to this request. This action has not been assigned for trial.

>               THE PLAINTIFF,
>               HEIDI E. SCHROEDER
>
> BY: _____
>               KATHRYN EMMETT
>               Federal Bar No. ct05605
>               CHRISTINE CAULFIELD
>               Federal Bar No. ct19115
>               EMMETT & GLANDER
>               45 Franklin Street
>               Stamford, CT 06901
>               (203) 324-7744
> Email: kemmett@emmettandglander.com
>               ccaulfield@emmettandglander.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing motion has been mailed, postage prepaid, this 19th day of October, 2005, to:

James M. Sconzo, Esq.
Jonathan C. Sterling, Esq.
Jorden Burt, LLP
175 Powder Forest Drive
Suite 201
Simsbury, CT 06089-9658

*Kathryn Emmett*
Kathryn Emmett