UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI E. SCHROEDER | : | CIVIL ACTION |
| | | NO. 3:03 CV 0410 (DJS) |
| V. | : | |
| ACMI CORPORATION | : | NOVEMBER 7, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, defendant respectfully requests that the Court extend the deadline for the filing of the parties' stipulation of voluntary dismissal of this case pursuant to Rule 16(b) from November 7, 2005 up to and including November 21, 2005. This is the second request for an extension of this deadline.

In support of this request, undersigned counsel states that the parties have reached a settlement, but require additional time to complete the settlement papers and file a stipulation of voluntary dismissal.

Attorney Kathryn Emmett, who represents the plaintiff, has authorized undersigned counsel to represent that the plaintiff consents to this request. This action has not been assigned for trial.

THE DEFENDANT
ACMI CORPORATION

By_____
James M. Sconzo
Federal Bar #ct04571 and
Jonathan C. Sterling
Federal Bar #ct24576
JORDEN BURT, LLP
175 Powder Forest Drive #201
Simsbury, CT  06089-9658
(860) 392-5042

## CERTIFICATION

This is to certify that on this 7TH day of November, 2005, I hereby mailed a copy of the foregoing to:

Kathryn N. Emmett, Esq.
Christine Caulfield, Eq.
Emmett & Glander45 Franklin Street
Stamford, CT  06901

_____
Jonathan C. Sterling