**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| HEIDI E. SCHROEDER | : | CIVIL ACTION |
| | | NO. 3:03 CV 0410 (DJS) |
| V. | : | |
| ACMI CORPORATION | : | NOVEMBER 21, 2005 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, defendant respectfully requests that the Court extend the deadline for the filing of the parties' stipulation of voluntary dismissal of this case pursuant to Rule 16(b) for one additional week, from November 21, 2005 up to and including November 28, 2005. This is the third request for an extension of this deadline.

In support of this request, undersigned counsel states that the parties have reached a settlement, but require additional time to complete the settlement papers and file a stipulation of voluntary dismissal. It is anticipated that the case will be concluded within a week.

Attorney Christine Caulfield, who represents the plaintiff, has authorized undersigned counsel to represent that the plaintiff consents to this request. This action has not been assigned for trial.

- 2 -

          THE DEFENDANT
          ACMI CORPORATION

By_____
      James M. Sconzo
      Federal Bar #ct04571 and
      Jonathan C. Sterling
      Federal Bar #ct24576
      JORDEN BURT, LLP
      175 Powder Forest Drive #201
      Simsbury, CT  06089-9658
      (860) 392-5042

## **CERTIFICATION**

     This is to certify that on this 21st day of November, 2005, I hereby mailed a copy of the foregoing to:

Kathryn N. Emmett, Esq.
Christine Caulfield, Eq.
Emmett & Glander 45 Franklin Street
Stamford, CT  06901

_____
Jonathan C. Sterling

149461