IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x
HEIDI E. SCHROEDER,                  :     CIVIL ACTION NO.
    Plaintiff,                       :     3:03 CV 0410 (DJS)
                                     :
v.                                   :
                                     :
ACMI CORPORATION,                    :
    Defendant.                       :     OCTOBER 26, 2005
---------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Heidi Schroeder and ACMI Corporation that the above-entitled action may be dismissed with prejudice and without costs or disbursements to either party as against the other.

Dated ~~October~~ November 22, 2005

| | |
|---|---|
| Emmett & Glander | Jorden Burt, LLP |
| 500 Summer Street, Suite 300 | 175 Powder Forest Drive, Suite 201 |
| Stamford, CT 06901.1308 | Simsbury, CT 06089-9658 |
| Attorneys for Plaintiff | Attorneys for Defendant |

_____          _____
Kathryn Emmett (ct05605)           James M. Sconzo, Esq. (ct04571)
                                   Jonathan C. Sterling (ct24576)

SO ORDERED:

_____
U.S.D.J.